| | |
|---|---|
| 1 | David Allegrucci (#12611) |
| | ***Allegrucci Law Office, PLLC*** |
| 2 | 307 North Miller Road |
| | Buckeye, AZ 85326 |
| 3 | PH (623) 412-2330 |
| | FAX(623) 878-9807 |
| 4 | Attorney for Petitioner/Respondent |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) Case No.: 2:09-bk-25192-RTBP |
|---|---|
| | ) In Proceedings Under Chapter 7 |
| Christopher J. Zanardo and Tracy P. Zanardo, | ) |
| | ) **MEMORANDUM IN OPPOSITION TO** |
| | ) **MOTION TO LIFT THE AUTOMATIC** |
| | ) **BANKRUPTCY STAY** |
| Debtors. | ) |
| | ) |
| JP Morgan Chase Bank, N.A., | ) |
| | ) |
| Movant(s), | ) |
| vs. | ) RE: Real Property Located at |
| | ) 33120 S. Summit Dr. |
| Christopher J. Zanardo and Tracy P. Zanardo, Debtors; William E. Pierce, Trustee. | ) Black Canyon City, AZ 85324 |
| Respondents. | ) |

NOW COME the Respondents, Christopher J. Zanardo and Tracy P. Zanardo, (hereinafter "Mr. and Mrs. Zanardo"), by and through counsel, in opposition to the "Motion to Lift the Automatic Bankruptcy Stay" (hereinafter "Motion") filed on behalf of *JP Morgan Chase Bank, N.A* (hereinafter "Lender"). The grounds for Mr. and Mrs. Zanardo's opposition are contained within the Memorandum below.

RESPECTFULLY SUBMITTED this 5th day of November 2009.

Allegrucci Law Office, PLLC

/s/David Allegrucci
Attorney for Mr. and Mrs. Zanardo

**MEMORANDUM**

I. <u>First Defense.</u>

1. Mr. and Mrs. Zanardo admit the allegations contained within page 2, lines 12 - 20 of the Motion.

2. Mr. and Mrs. Zanardo are without information sufficient to form a belief as to the truth of the allegations contained within page 2, lines 21 – 24 of the Motion. Based upon the foregoing, the aforementioned allegations are denied.

3. Mr. and Mrs. Zanardo deny the allegations contained within page 3, lines 1-10 of the Motion. Specifically, Mr. and Mrs. Zanardo entered into a loan modification agreement contract with the Lender prior to the filing of this proceeding. A copy of their "Home Affordable Modification Trial Period Plan" as well as a record of the payments made prior to the filing date of the Lender's Motion, are attached hereto as an Exhibit, and are incorporated herein by reference. These documents have already been provided to legal counsel for the Lender. Mr. and Mrs. Zanardo are current in their Modification Plan payments, and request the Court allow them to continue with their present Modification Agreement without Lifting the Bankruptcy Protection on their home.

4. Mr. and Mrs. Zanardo are without information sufficient to form a belief as to the truth of the allegations contained within page 3, lines 11-16 of the Motion. Based upon the foregoing, the aforementioned allegations are denied.

## II. Second Defense.

5. The residence of Mr. and Mrs. Zanardo is their largest single asset. *Compare* Schedules "A" and "B". Schedule "A" lists the value of Mr. and Mrs. Zanardo's residence at $275,000.00. Schedule "D" lists the amount of the Lender's secured claim as $248,000.00, leaving an equity cushion of over $25,000.00. Based upon the foregoing, the residence of Mr. and Mrs. Zanardo is clearly necessary for an effective reorganization.

6. This real property is also the home of the Zanardo family.

7. Mr. and Mrs. Zanardo believe that they can resume monthly payments to the Lender and cure any postpetition arrearage with the Lender if given a reasonable opportunity to do so.

WHEREFORE, based upon the foregoing, the Respondent prays that this Court:

    a. not grant the Lender relief from the automatic stay until Mr. and Mrs. Zanardo have had an opportunity to bring the Lender account current, if necessary;

    b. grant such other and further relief as the Court deems just and equitable.

Allegrucci Law Office, PLLC

/s/ David Allegrucci
Attorney for Mr. and Mrs. Zanardo

Copy of the foregoing mailed this 5th day of November, 2009 by first class U.S. Mail to the following:

William E. Pierce
*Chapter 7 Trustee*
PO Box 429
Chino Valley, AZ 86323-0429

Mr. Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
2525 E Camelback Rd, Ste 300
Phoenix, AZ 85016
*Attorney for JP Morgan Chase Bank.*

Christopher and Tracy Zanardo
PO Box 1714
Black Canyon City, AZ 85324

/s/ Tamara Porter, Paralegal